IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| APOLINAR VILLA AND JANETH AGUILAR-MARTINEZ,<br>    *Plaintiffs*, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:17-cv-00492-O |
| | § | |
| ALLSTATE TEXAS LLOYD'S, ASHLEY WADE, AND MARGARET SCOTT,<br>    *Defendants*. | §<br>§<br>§<br>§ | |

**JOINT STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE TO REFILING**

Plaintiffs Apolinar Villa and Janeth Aguilar-Martinez (hereinafter "Plaintiffs") no longer wish to pursue the above numbered lawsuit. Plaintiffs respectfully request that this matter be dismissed, without prejudice as to all claims which Plaintiffs brought, or could have brought, in this case against Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

2. A receiver has not been appointed in this case.

3. This case is not governed by any federal statute that requires a court order for dismissal of the case.

4. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this matter be dismissed, without prejudice as to all claims which Plaintiffs brought, or could have brought, in this case against Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties request all such other and further relief to which they may be justly entitled.

Respectfully submitted,

**MOSTYN LAW**

 /s/ Gregory F. Cox
Gregory F. Cox
Attorney-in-Charge
State Bar No. 00793561
rmsdocketefile@mostynlaw.com
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)
And
Brian P. Lauten
Texas Bar No. 24031603
Deans & Lyons, LLP
325 N. St. Paul St. Suite 1500
Dallas, Texas 75201
(214) 965-8500 (office)
(214) 965-8505 (facsimile)
blauten@deanslyons.com

**ATTORNEYS FOR PLAINTIFFS**

**DRINKER BIDDLE & REATH LLP**

 s/Sara E. Inman
W. Neil Rambin
Attorney-in-Charge
State Bar No. 16492800
rambindocket@dbr.com
Of Counsel:
Susan E. Egeland
State Bar No. 240400854
Susan.egeland@dbr.com
Sara E. Inman

>State Bar No. 24073098
>Sara.inman@dbr.com
>1717 Main Street, Suite 5400
>Dallas, Texas 75201
>(469) 358-2500
>(469) 327-0860 (fax)
>
>**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on the 27th day of July, 2017:

>*/s/ Gregory F. Cox*
>Gregory F. Cox